COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTIONS**

Cause number:   01-19-00393-CV

Style:      JAC Hospitality, LLC, John Ly, Catherine Ly and Jason Ly v. Vintage Dunhill, LLC

Date motions filed[*]: June 20, 2019, and July 12, 2019

Type of motions:  Appellee's Motion to Dismiss Appeal for Lack of Jurisdiction;

       Appellants' Motion for Extension of Time to File Notice of Appeal

Party filing motions: Appellee Vintage Dunhill, LLC; Appellants JAC Hospitality, LLC, John Ly, Catherine Ly and Jason Ly

Document to be filed: N/A

If motion to extend time:

  Original due dates:     5/5/19 (NOA deadline)

  Number of extensions granted:  0 Current Due Dates: 5/20/19 (15-day grace period for extension)

  Dates Requested:     5/20/19 (NOA filing date)

Ordered that motions are:

 ☒ Granted

 ☒ Denied

 ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

 ☒ Other: Appellants' motion for an extension of time to file their notice of appeal, is **granted** because their notice of appeal was filed on May 20, 2019, within the 15-day grace period ending on May 20, 2019, and their motion provides a reasonable explanation for the 15-day delay. *See* TEX. R. APP. P. 10.5(b), 26.1(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997); *Hone v. Hanafin*, 104 S.W.3d 884, 886-87 (Tex. 2003). Appellee's motion to dismiss appeal for lack of jurisdiction is **denied**.

Judge's signature: ___/s/ Evelyn V. Keyes_____

      ☑ Acting individually  ☐ Acting for the Court

Date: _July 23, 2019_____